IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 06-cv-02516-ZLW-BNB

DONISIA TRUJILLO,

    Plaintiff,

v.

THE CBE GROUP, INC., an Iowa corporation,

    Defendant.

_____

ORDER
_____

    In consideration of Plaintiff's Notice Of Settlement filed December 27, 2006, it is

    ORDERED that this case is held in abeyance pending the filing of settlement papers. It is

    FURTHER ORDERED that settlement papers shall be filed on or before January 12, 2007. If by that date settlement papers have not been received by the Court, on January 19, 2007, the case will be dismissed without prejudice.

    DATED at Denver, Colorado, this  2  day of      January     , 2007.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court